Jamison R. McCune, OSB No. 135547
Email: mccune@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Veronica L. Manolio
Email: vmanolio@mf-firm.com
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 222-9100
Facsimile: (480) 222-9106
*Pro Hac Vice Pending*

    Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PITNEY BOWES, INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; and WHEELER FINANCIAL FROM PITNEY BOWES, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:20-cv-00651<br><br>**CORPORATE DISCLOSURE STATEMENT**<br>Pursuant to Fed. R. Civ. P. 7.1 |

/ / /

Page 1 – CORPORATE DISCLOSURE STATEMENT

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Pacific Office Automation Inc. states that it does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated this 20th day of April, 2020.

**BODYFELT MOUNT LLP**

BY:   s/ Jamison R. McCune
     Jamison R. McCune, OSB No. 135547
     Email: mccune@bodyfeltmount.com
     Phone: (503) 243-1022
     Fax: (503) 243-2019

     Veronica L. Manolio, *Pro Hac Vice Pending*
     Email: vmanolio@mf-firm.com
     MANOLIO & FIRESTONE, PLC
     8686 E. San Alberto Dr., Suite 200
     Scottsdale, Arizona 85258
     Telephone: (480) 222-9100
     Facsimile: (480) 222-9106

     Of Attorneys for Plaintiff

Page 2 – CORPORATE DISCLOSURE STATEMENT

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019