Philip Van Der Weele, OSB #863650
Email: phil.vanderweele@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 226-5727\Fax: (503) 248-9085
Attorneys for Defendant Pitney Bowes Inc.;
Pitney Bowes Global Financial Services LLC;
The Pitney Bowes Bank, Inc.; and Wheeler Financial
From Pitney Bowes Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., an Oregon corporation,<br><br>         Plaintiff<br><br> v.<br><br>PITNEY BOWES INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC, a federal banking institution; and WHEELER FINANCIAL FROM PITNEY BOWES INC., a Delaware corporation,<br><br>         Defendants. | Case No. 3:20-cv-00651-AC<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

PAGE 1 – DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200

LOCAL RULE 7-1 CERTIFICATION

The undersigned certifies that counsel have conferred, and that counsel for Plaintiff has indicated they do not oppose this request for an extension of time to respond to the Complaint.

MOTION

Pursuant to LR 16-3 and Fed. R. Civ. P. 6(b)(1)(A), Defendants move this Court for an order to extend the time to file their response to Plaintiff's Complaint in this matter up to and including June 30, 2020. Defendants' response to Plaintiff's Complaint is currently due on May 14, 2020.

This motion is made is good faith and not for purposes of delay. This is Defendants' first request to extend the deadline. The extension is requested due to the nature of the claims pled and the disruption caused by the COVID-19 pandemic.

Defendants' request is not opposed.

For the foregoing reasons, Defendants request the Court to extend the deadline for Defendants' response to Plaintiff's Complaint up to and including June 30, 2020.

RESPECTFULLY SUBMITTED THIS 5th day of May, 2020.

K&L GATES, LLP

By: s/Philip Van Der Weele
    Philip Van Der Weele, OSB #863650
Email: phil.vanderweele@klgates.com
Direct Dial: 503-226-5727
Attorneys for Defendants Pitney Bowes, Inc.; Pitney Bowes Global Financial Services LLC; The Pitney Bowes Bank, Inc.; and Wheeler Financial From Pitney Bowes Inc.

PAGE 2 – DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT to be served upon all counsel of record to this matter on this 5th day of May, 2020, via the Court's CM/ECF System.

>BODYFELT MOUNT LLP
>Jamison R. McCune, OSB #135547
>319 SW Washington Street, Suite 1200
>Portland, OR 97204
>Tel: 503-243-1022
>Email: mccune@bodyfeltmount.com
>     Attorneys for Plaintiff

>MANOLIO & FIRESTONE, PLC
>Veronica L. Manolio, admitted *pro hac vice*
>8686 E. San Alberto Dr., Suite 200
>Scottsdale, AZ  85258
>Tel: 480-222-9100
>Email: vmanolio@mf-firm.com
>     Attorneys for Plaintiff

DATED this 5th day of May, 2020.

>*s/Philip Van Der Weele*
>Philip Van Der Weele, OSB #863650

PAGE 3 – DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97204
TELEPHONE: (503) 228-3200