Jamison R. McCune, OR Bar No. 135547
winters@bodyfeltmount.com
**BODYFELT MOUNT, LLP**
319 SW Washington Street, Suite 1200
Portland, Oregon 97204
(503) 243-1022
*Attorneys for Plaintiff*

Veronica L. Manolio, AZ Bar No. 020230
vmanolio@mf-firm.com
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION, INC., an Oregon corporation,<br><br>                    Plaintiff,<br>v.<br><br>PITNEY BOWES, INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; WHEELER FINANCIAL FROM PITNEY BOWES, INC., a Delaware corp.;<br><br>                    Defendants. | Case No. 3:20-cv-00651-AC<br><br><br>**NOTICE OF SERVICE OF CIVIL CASE ASSIGNMENT ORDER and DISCOVERY AND PRETRIAL SCHEDULING ORDER** |

Notice is hereby given that Plaintiff Pacific Office Automation, Inc. served a copy of the Civil Case Assignment Order and Discovery and Pretrial Scheduling Order (Doc. 5) upon counsel when presented with the original complaint and on May 5, 2020 via electronic mail.

Page 1 - NOTICE OF SERVICE OF CIVIL CASE
ASSIGNMENT ORDER and DISCOVERY
AND PRETRIAL SCHEDULING ORDER

Respectfully submitted this 8th day of May, 2020.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio, AZ Bar No. 020230
Email: vmanolio@mf-firm.com
Phone: (480) 222-9100
Fax: (480) 222-9106
Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*

Page 2 - NOTICE OF SERVICE OF CIVIL CASE
ASSIGNMENT ORDER and DISCOVERY
AND PRETRIAL SCHEDULING ORDER

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of NOTICE OF SERVICE OF CIVIL CASE ASSIGNMENT ORDER and DISCOVERY AND PRETRIAL SCHEDULING ORDER to be served upon all counsel of record to this matter on this 8th day of May, 2020, via the Court's CM/ECF System.

K&L GATES LLPC
Philip Van Der Weele, OSB #863650
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 226-5727\Fax: (503) 248-9085
Email: phil.vanderweele@klgates.com
  Attorneys for Defendants


By:  /s/ Janel Rubert