# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

PACIFIC OFFICE AUTOMATION INC.,

           Plaintiff,

vs.

PITNEY BOWES INC.; PITNEY BOWES
GLOBAL FINANCIAL SERVICES LLC; THE
PITNEY BOWES BANK, INC.; and WHEELER
FINANCIAL FROM PITNEY BOWES INC.,

           Defendant.

_____/

Case No. **3:20-cv-00651-AC**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Marion          ss.

I, Julie Field, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor an attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons in a Civil Action and Complaint; Exhibit 1; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; U.S. District Court - Oregon - Civil Case Management Time Schedules*

Upon **WHEELER FINANCIAL FROM PITNEY BOWES INC.**, by personal service upon Rose Green, the clerk on duty in the office of the registered agent, C T Corporation System, 780 Commercial St SE, Suite 100, Salem, OR 97301 on April 24, 2020 at 12:10 PM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this 27ᵗʰ day of ___April___, 20 20
by Julie Field.

_____
Notary Public

X _____
Julie Field
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

OFFICIAL STAMP
SAMANTHA JO DAHL OLSON
NOTARY PUBLIC-OREGON
COMMISSION NO. 978868
MY COMMISSION EXPIRES SEPTEMBER 17, 2022



*350450*