UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PACIFIC OFFICE AUTOMATION INC.,

    Plaintiff,

vs.

PITNEY BOWES INC.; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC; THE PITNEY BOWES BANK, INC.; and WHEELER FINANCIAL FROM PITNEY BOWES INC.,

    Defendant.
_____/

Case No. **3:20-cv-00651-AC**

AFFIDAVIT OF SERVICE

STATE OF UTAH
County of Washington     ss.

I, Gavin Rees, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Utah and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons in a Civil Action and Complaint; Exhibit 1; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; U.S. District Court - Oregon - Civil Case Management Time Schedules*

Upon **THE PITNEY BOWES BANK, INC.**, by leaving such true copy, personally and in person, with Stephanie Gollaher, who is the person apparently in charge at the office of Ed Haidenthaller who is the President & CEO thereof, at 1245 East Brickyard Road, Suite 250, Salt Lake City, UT 84106 on April 29, 2020 at 9:28 AM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this 29 day of April, 20 20
by Gavin Rees.

_____
Notary Public for ~~Oregon~~ Utah

X_____
Gavin Rees
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

KRISTA MCKEETH
NOTARY PUBLIC * STATE of UTAH
COMMISSION NO. 697217
COMM. EXP. 09/22/2021



*350451*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PACIFIC OFFICE AUTOMATION INC.,

    Plaintiff,

vs.

PITNEY BOWES INC.; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC; THE PITNEY BOWES BANK, INC.; and WHEELER FINANCIAL FROM PITNEY BOWES INC.,

    Defendant.

Case No. **3:20-cv-00651-AC**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah     ss.

I, Samantha Olson, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On April 29, 2020, I mailed a true copy of the Summons in a Civil Action and Complaint; Exhibit 1; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; U.S. District Court - Oregon - Civil Case Management Time Schedules via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to Ed Haidenthaller.

The envelope was addressed as follows:

    Ed Haidenthaller, President & CEO
     THE PITNEY BOWES BANK, INC.
    1245 East Brickyard Road, Suite 250
    Salt Lake City, UT 84106

I declare under the penalty of perjury that the above statement is true and correct.

X _____
Samantha Olson
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME this 8th day of May, 2020 by Samantha Olson.

_____
Notary Public for Oregon

OFFICIAL STAMP
MITCH AARON WIRTH
NOTARY PUBLIC-OREGON
COMMISSION NO. 974861
MY COMMISSION EXPIRES MAY 16, 2022



*350451*