UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PACIFIC OFFICE AUTOMATION INC.,

       Plaintiff,

vs.

PITNEY BOWES INC.; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC; THE PITNEY BOWES BANK, INC.; and WHEELER FINANCIAL FROM PITNEY BOWES INC.,

       Defendant.
_____/

Case No. **3:20-cv-00651-AC**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Edmund Knowles, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons in a Civil Action and Complaint; Exhibit 1; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; U.S. District Court - Oregon - Civil Case Management Time Schedules*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC**, by personal service upon ROSE GREEN, the clerk on duty in the office of the registered agent, C T Corporation System, 780 Commercial St SE, Suite 100, Salem, OR 97301 on April 22, 2020 at 1:33 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 27th day of April, 2020.

X _Edmund Knowles_
Edmund Knowles
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*350449*