Philip S. Van Der Weele
Email: phil.vanderweele@klgates.com
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: +1 503 228 3200
Facsimile: +1 503 248 9085
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>PITNEY BOWES INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; and WHEELER FINANCIAL FROM PITNEY BOWES INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:20-cv-00651-AC<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Defendants Pitney Bowes Global Financial Services LLC, The Pitney Bowes Bank, Inc., and Wheeler Financial From Pitney Bowes Inc. make the following disclosure pursuant to FRCP 7.1 and LR 7.1:

Defendants Pitney Bowes Global Financial Services LLC, The Pitney Bowes Bank, Inc., and Wheeler Financial From Pitney Bowes Inc. are all 100% owned, directly or indirectly, by Pitney Bowes Inc. Pitney Bowes Inc. is a publicly-traded corporation, and no person owns 10% or more of the shares of Pitney Bowes Inc.

DATED this 30th day of June, 2020.

        K&L GATES LLP

BY:    s/Philip Van Der Weele
        Philip Van Der Weele, OSB # 863650
        Email: phil.vanderweele@klgates.com
        Phone:   +1 503 228 3200
Of Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2020, I caused to be served a copy of the foregoing DEFENDANTS' CORPORATE DISCLOSURE STATEMENT upon all counsel of record via the Court's CM/ECF electronic service system.

>Jamison R. McCune, OSB #135547
>Email: mccune@bodyfelfmount.com
>BODYFELT MOUNT LLP
>319 SW Washington St., Suite 1200
>Portland, OR 97204
>Tel: 503-243-1022
>   *Attorney for Plaintiff*
>
>Veronica L. Manolio, *admitted pro hac vice*
>Email: vmanolio@mf-firm.com
>MANOLIO & FIRESTONE, PLC
>8686 E. San Alberto Dr., Suite 200
>Scottsdale, AZ  85258
>Tel: 480-222-9100
>   Attorneys for Plaintiff

DATED this 30th day of June, 2020.

>   s/Philip Van Der Weele
>   Philip Van Der Weele, OSB #863650

Page 3 – DEFENDANTS' CORPORATE
DISCLOSURE STATEMENT

K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon  97204
Telephone: +1 503 228 3200