Philip S. Van Der Weele
Email: phil.vanderweele@klgates.com
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: +1 503 228 3200
Facsimile: +1 503 248 9085
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., an Oregon corporation,<br><br>        Plaintiff,<br><br> v.<br><br>PITNEY BOWES INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; and WHEELER FINANCIAL FROM PITNEY BOWES INC., a Delaware corporation,<br><br>        Defendants. | Case No. 3:20-cv-00651-AC<br><br>**JOINT MOTION TO CANCEL CURRENT CASE DEADLINES; POSTPONE RULE 16 CONFERENCE; AND REQUIRE THE PARTIES TO FILE EITHER A RULE 26(f) REPORT OR STATUS REPORT BY AUGUST 28, 2020, ALL DUE TO COVID19** |

## LR 7-1 CERTIFICATION

Counsel for plaintiff and defendant have conferred and have agreed to file this joint motion.

## MOTION

The parties jointly move for an order (1) canceling all pending case deadlines; (2) postponing the Rule 16 conference currently scheduled for August 5, 2020 (ECF #21) until no earlier than September 2, 2020; and (3) requiring the parties to file either a Rule 26(f) Report or a further Status Report no later than August 28, 2020.

## MEMORANDUM IN SUPPORT OF MOTION

This motion is based on the fact that lead counsel for one of the parties is sick and awaiting test results on COVID19. Counsel were planning on conducting their the FRCP 26(f) conference this week and submitting a timely report to the Court thereafter, all in accordance with FRCP 26(f) and LR 26-1, in advance of the Rule 16 Conference currently scheduled for 10:30 a.m. on August 5. Due to the illness of counsel, it is not feasible to hold the Rule 26(f) conference this week, and it is not clear when it will be feasible to do so. Therefore, the parties request the postponements set forth in the motion. If the parties are able to hold a Rule 26(f) conference in the next few weeks, they file their report regarding same by August 28 with the Court so that the Court may hold the Rule 16 Conference thereafter at the Court's convenience and establish the new case schedule. If the parties are unable to do so, they will so advise the Court in a Status Report filed by August 28 and provide updated information regarding the timing of the Rule 26(f) conference and any other information that may be pertinent to the timing of a Rule 16 Conference.

K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: +1 503 228 3200

DATED this 28th day of July, 2020.

| | |
|---|---|
| BODYFELT MOUNT LLP | K&L GATES LLP |
| By: s/Jamison R. McCune<br>Jamison R. McCune, OSB #135547<br>Email: mccune@bodyfeltmount.com<br>Tel.: 503-243-1022 | By: s/Philip S. Van Der Weele<br>Philip S. Van Der Weele, OSB #863650<br>Email: phil.vanderweele@klgates.com<br>Tel.: 503-228-3200 |
| MANOLIO & FIRESTONE, PLC | ATTORNEYS FOR DEFENDANTS PITNEY BOWES INC.; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC; THE PITNEY BOWES BANK, INC.; and WHEELER FINANCIAL FROM PITNEY BOWES INC. |
| By: s/Veronica L. Manolio<br>Veronica L. Manolio, admitted pro hac vice<br>Email: vmanolio@mf-firm.com<br>Tel.: 480-222-9100 | |
| ATTORNEYS FOR PLAINTIFF PACIFIC OFFICE AUTOMATION INC. | |

K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: +1 503 228 3200

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2020, I caused to be served a copy of the foregoing **JOINT MOTION TO CANCEL CURRENT CASE DEADLINES; POSTPONE RULE 16 CONFERENCE; AND REQUIRE THE PARTIES TO FILE EITHER A RULE 26(f) REPORT OR STATUS REPORT BY AUGUST 28, 2020, ALL DUE TO COVID19** upon all counsel of record via the Court's CM/ECF electronic service system.

>Jamison R. McCune, OSB #135547
>Email: mccune@bodyfelfmount.com
>BODYFELT MOUNT LLP
>319 SW Washington St., Suite 1200
>Portland, OR 97204
>Tel: 503-243-1022
>    *Attorney for Plaintiff*
>
>Veronica L. Manolio, *admitted pro hac vice*
>Email: vmanolio@mf-firm.com
>MANOLIO & FIRESTONE, PLC
>8686 E. San Alberto Dr., Suite 200
>Scottsdale, AZ 85258
>Tel: 480-222-9100
>    *Attorneys for Plaintiff*

DATED this 28th day of July, 2020.

>s/Philip S. Van Der Weele
>Philip S. Van Der Weele, OSB #863650