Jamison R. McCune, OR Bar No. 135547
mccune@bodyfeltmount.com
**BODYFELT MOUNT, LLP**
319 SW Washington Street, Suite 1200
Portland, Oregon 97204
(503) 243-1022
*Attorneys for Plaintiff*

Veronica L. Manolio, AZ Bar No. 020230
vmanolio@mf-firm.com
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
*Pro Hac Vice Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION, INC., an Oregon corporation,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>PITNEY BOWES, INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; WHEELER FINANCIAL FROM PITNEY BOWES, INC., a Delaware corp.;<br><br>　　　　　　　　　　Defendants. | Case No. 3:20-cv-00651-AC<br><br><br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (Doc. 23), undersigned counsel for the parties have met and conferred and agreed to jointly file this Status Report.

## **MOTION**

The parties jointly request (1) an order requiring them to file a Rule 26(f) Report no later than September 30, 2020; and (2) set a Rule 16 Conference at a time and date convenient to the Court after September 30.

Page 1 – JOINT STATUS REPORT

## MEMORANDUM IN SUPPORT/STATUS UPDATE

Counsel have been able to very recently resume discussion in this matter (after illness by one of the lead counsel) and anticipate holding their Rule 26(f) meeting/conference in early September and will be prepared to file their report no later than September 30, 2020. The parties further agree that they will be prepared to attend a Rule 16 Conference as soon as the report is filed.

DATED this 27th day of August, 2020.

| BODYFELT MOUNT LLP | MANOLIO & FIRESTONE, PLC |
|---|---|
| By: /s/ Jamison R. McCune<br>　　Jamison R. McCune, OSB #135547<br>　　Email: mccune@bodyfeltmount.com<br>　　Phone: (503) 243-1022<br>　　*Local Attorneys for Plaintiff* | By: /s/ Veronica L. Manolio<br>　　Veronica L. Manolio, AZ Bar No. 020230<br>　　Email: vmanolio@mf-firm.com<br>　　Phone: (480) 222-9100<br>　　*Pro Hac Vice Attorneys for Plaintiff* |

K&L GATES LLP

BY:　/s/ Philip Van Der Weele
　　　Philip Van Der Weele, OSB # 863650
　　　Email: phil.vanderweele@klgates.com
　　　Phone: +1 503 228 2300
　　　Of Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served upon all counsel of record to this matter on this 27th day of August, 2020, via the Court's CM/ECF System.

Philip Van Der Weele, OSB #863650
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 226-5727\Fax: (503) 248-9085
Email: phil.vanderweele@klgates.com
    Attorneys for Defendants

Jamison R. McCune, OSB #135547
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, OR 97204
Tel: 503-243-1022
Email: mccune@bodyfelfmount.com
    *Local Attorney for Plaintiff*


By: /s/ Janel Rubert