# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**PACIFIC OFFICE AUTOMATION INC.**                    Case No.: 3:20−cv−00651−AC
    Plaintiff,

**v.**

**PITNEY BOWES INC., et al.**
    Defendant.

_____

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

    Pursuant to LR 26−2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** 09/29/2020

| | |
|---|---|
| **Signature:** | s/ Jamison R. McCune |
| **Name and OSB ID:** | Jamison R. McCune, OSB No. 135547 |
| **E−mail Address:** | mccune@bodyfeltmount.com |
| **Firm Name:** | Bodyfelt Mount LLP |
| **Mailing Address:** | 319 SW Washington St., Suite 1200 |
| **City, State, Zip:** | Portland, OR  97204 |
| **Parties Represented:** | Plaintiff |