**Jamison R. McCune**, OSB No. 135547
Email: mccune@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

**Veronica L. Manolio**
Email: vmanolio@mf-firm.com
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 222-9100
Facsimile: (480) 222-9106
*Admitted Pro Hac Vice*

    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PACIFIC OFFICE AUTOMATION INC.**, an Oregon corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>**PITNEY BOWES, INC.**, a Delaware corporation; **PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC**, a Delaware limited liability company; **THE PITNEY BOWES BANK, INC.**, a federal banking institution; and **WHEELER FINANCIAL FROM PITNEY BOWES, INC.**, a Delaware corporation,<br><br>            Defendants. | Case No. 3:20-cv-00651-AC<br><br>**JOINT STATUS REPORT AND PROPOSED CASE SCHEDULE** |

    The parties, by and through their respective counsel, submit the following Joint Status

Report and Proposed Case Schedule:

Page 1 - JOINT STATUS REPORT AND
PROPOSED CASE SCHEDULE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

**I.     Conference**

Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties conferred by telephone on September 24, 2020.

**II.    Initial Disclosures**

Counsel for the parties agreed to waive the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

**III.   Discovery**

Counsel for the parties discussed the anticipated discovery for this case and whether discovery should be conducted in phases.  The parties are proposing to complete fact discovery by April 23, 2021, and then meet and confer on whether to conduct subsequent expert discovery and dispositive motions in two phases or all at once.

The parties are discussing requirements for production of electronically stored information (ESI) and do not anticipate any issues arising from disclosure, discovery, or preservation of ESI.

The parties entered into a Stipulated Protective Order and Stipulated FRE 502(d) Non-Waiver Order, which the Court entered on September 30, 2020.  The parties are not requesting any additional changes or limitations on the scope of discovery under the applicable rules, except as set forth in the proposed case schedule below.

**IV.   Proposed Case Schedule**

Counsel for the parties agreed on and are proposing the following case schedule:

| Event | Deadline |
| --- | --- |
| Deadline to amend pleadings and add parties | January 15, 2021 |
| Deadline for completion of fact discovery | April 23, 2021 |
| Meet & confer on (1) ADR; (2) need for phasing of expert disclosures and summary judgment motions | April 30, 2021 |

Page 2 - JOINT STATUS REPORT AND
PROPOSED CASE SCHEDULE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

| | |
|---|---|
| If the parties cannot agree on whether expert disclosures and summary judgment should be bifurcated, deadline to request a Rule 16 conference for the sole purpose of asking the Court to pick between "Option 1" and "Option 2" set forth below | May 7, 2021 |
| Deadline for filing Joint ADR Report | May 7, 2021 |

The two options the parties discussed for sequencing expert disclosures and dispositive motions at the conclusion of fact discovery are set forth below.

**1. Option 1: If the parties agree to bifurcated expert disclosures and bifurcated dispositive motions or the Court so orders.**

| Phase 1 of Option 1 | |
|---|---|
| **EVENT** | **DEADLINE** |
| Deadline for all expert reports and disclosures (FRCP 26(a)(2)(B) and 26(a)(2)(C)) on all liability issues as to which a party has the burden EXCEPT the "market power" element for the monopolization claim and the "dangerous probability of success" element for the attempt to monopolize claim | 30 days after Rule 16 conference or agreement between parties, but no earlier than June 7, 2021. |
| Rebuttal expert disclosures (FRCP 26(a)(2)(B) and 26(a)(2)(C)) | 45 days after expert reports and disclosures |
| Deadline for "Phase I" Dispositive Motions – All liability issues EXCEPT the "market power" element for the monopolization claim and the "dangerous probability of success" element for the attempt to monopolize claim | 60 days after rebuttal expert disclosures |
| **Phase 2 of Option 1** | |
| **(Contingent on Phase 1 summary judgment motions having been denied)** | |
| Deadline for Plaintiff's expert disclosures (FRCP 26(a)(2)(B) and 26(a)(2)(C)) on market power, dangerous probability of success, and damages (Depositions of Plaintiff's experts to follow) | 60 days after final District Court ruling on Phase I dispositive motions |

Page 3 - JOINT STATUS REPORT AND
PROPOSED CASE SCHEDULE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

| | |
|---|---|
| Deadline for Defendants' expert disclosures (FRCP 26(a)(2)(B) and 26(a)(2)(C)) on market power, dangerous probability of success, and damages (Depositions of Defendants' experts to follow) | 60 days after Plaintiff's expert disclosures |
| Deadline for Filing "Phase 2" Dispositive Motions (market power, dangerous probability, and damages) | 60 days after Defendants' expert disclosures |

2. **Option 2: If the parties agree not to bifurcate expert disclosures and summary judgment motions, or the Court so orders.**

| EVENT | DEADLINE |
|---|---|
| Deadline for all expert reports and disclosures (FRCP 26(a)(2)(B) and 26(a)(2)(C)) on all issues (liability and damages) as to which a party has the burden | June 30, 2021 |
| Rebuttal expert disclosures (FRCP 26(a)(2)(B) and 26(a)(2)(C)) | September 30, 2021 |
| Dispositive Motions - all issues | December 3, 2021 |

Respectfully submitted this 1st day of October, 2020.

**BODYFELT MOUNT LLP**

BY:  s/ Jamison R. McCune
Jamison R. McCune, OSB No. 135547
Email: mccune@bodyfeltmount.com
Phone: (503) 243-1022
Fax: (503) 243-2019

**MANOLIO & FIRESTONE, PLC**

BY:  s/ Veronica L. Manolio
Veronica L. Manolio, *Admitted Pro Hac Vice*
Email: vmanolio@mf-firm.com
Telephone: (480) 222-9100
Facsimile: (480) 222-9106

Of Attorneys for Plaintiff

Page 4 - JOINT STATUS REPORT AND
PROPOSED CASE SCHEDULE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

**K&L GATES LLP**

BY:   s/ Philip Van Der Weele
      Philip Van Der Weele, OSB No. 863650
      Email: phil.vanderweele@klgates.com
      Telephone: (503) 228-2300
      Facsimile: (503) 248-9085

      Of Attorneys for Defendants

Page 5 - JOINT STATUS REPORT AND
PROPOSED CASE SCHEDULE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE** on the following attorneys on the date noted below via the following method:

Philip S. Van Der Weele
K & L Gates LLP
One SW Columbia St., Suite 1900
Portland, OR 97204
Fax: (503) 248-9085
Email: phil.vanderweele@klgates.com

*Of Attorneys for Defendants*

Method: ☐ US Mail, postage prepaid
☐ Email – Courtesy Copy
☐ Facsimile
☐ Hand Delivery
☒ CM/ECF Electronic Service

Dated this 1st day of October, 2020.

BY: s/ Jamison R. McCune
Jamison R. McCune, OSB No. 135547
Email: mccune@bodyfeltmount.com
Phone: (503) 243-1022
Fax: (503) 243-2019

Of Attorneys for Plaintiff

Page 1 - CERTIFICATE OF SERVICE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019