Philip S. Van Der Weele, OSB #863650
Email: phil.vanderweele@klgates.com
Elizabeth White, OSB #204729
Email: elizabeth.White@klgates.com
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: +1 503 228 3200
Facsimile: +1 503 248 9085
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., an Oregon corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PITNEY BOWES INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; and WHEELER FINANCIAL FROM PITNEY BOWES INC., a Delaware corporation,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:20-cv-00651-AC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Elizabeth White of the law firm K&L Gates LLP hereby enters her Notice of Appearance in the above-captioned matter for defendants Pitney Bowes, Inc. ("PBI"), Pitney Bowes Global Financial Services, LLC ("PBGFS"), The Pitney Bowes Bank, Inc. ("PBB"), and Wheeler Financial from Pitney Bowes, Inc. ("Wheeler Financial") (each a "Defendant" and collectively "Defendants"). Counsel is appearing in order to participate in the case and to receive electronic notice of filings in the above-referenced matter. This notice is in addition to that of counsel Philip Van Der Weele, who has already appeared in this matter as counsel for Defendants.

DATED this 26th day of January, 2021.

                                                  K&L GATES LLP

                              BY:    s/Elizabeth White
                                            Elizabeth White, OSB #204729
                                            Email: elizabeth.white@klgates.com
                                            Philip Van Der Weele, OSB # 863650
                                            Email: phil.vanderweele@klgates.com
                                            Phone:   +1 503 228 3200
Of Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2021, I caused to be served a copy of the foregoing NOTICE OF APPEARANCE upon all counsel of record via the Court's CM/ECF electronic service system.

>Jamison R. McCune, OSB #135547
>Email: mccune@bodyfelfmount.com
>BODYFELT MOUNT LLP
>319 SW Washington St., Suite 1200
>Portland, OR 97204
>Tel: 503-243-1022
>    *Attorney for Plaintiff*
>
>Veronica L. Manolio, *admitted pro hac vice*
>Email: vmanolio@mf-firm.com
>MANOLIO & FIRESTONE, PLC
>8686 E. San Alberto Dr., Suite 200
>Scottsdale, AZ  85258
>Tel: 480-222-9100
>    *Attorneys for Plaintiff*

DATED this 26th day of January, 2021.

>s/Elizabeth White
>Elizabeth White, OSB #204729