Jamison R. McCune, OR Bar No. 135547
mccune@bodyfeltmount.com
**BODYFELT MOUNT, LLP**
319 SW Washington Street, Suite 1200
Portland, Oregon 97204
(503) 243-1022
*Attorneys for Plaintiff*

Veronica L. Manolio, AZ Bar No. 020230
vmanolio@mf-firm.com
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
*Pro Hac Vice Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION, INC., an Oregon corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PITNEY BOWES, INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; WHEELER FINANCIAL FROM PITNEY BOWES, INC., a Delaware corp.;<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:20-cv-00651-AC<br><br>**NOTICE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSE** |

Notice is hereby given that Plaintiff Pacific Office Automation, Inc. served a copy of Supplemental Discovery Response upon Defendants Pitney Bowes, Inc. et al. on this date via electronic mail.

Page 1 – **NOTICE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSE**

DATED this 26th day of March, 2021.

| | |
|---|---|
| BODYFELT MOUNT LLP | MANOLIO & FIRESTONE, PLC |
| By: /s/ Jamison R. McCune<br>    Jamison R. McCune, OSB #135547<br>    Email: mccune@bodyfeltmount.com<br>    Phone: (503) 243-1022<br>    *Local Attorneys for Plaintiff* | By: /s/ Veronica L. Manolio<br>    Veronica L. Manolio, AZ Bar No. 020230<br>    Email: vmanolio@mf-firm.com<br>    Phone: (480) 222-9100<br>    *Pro Hac Vice Attorneys for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served upon all counsel of record to this matter on this 26th day of March, 2021, via the Court's CM/ECF System.

Philip Van Der Weele, OSB #863650
Elizabeth White, OSB #204729
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 226-5727\Fax: (503) 248-9085
Email: phil.vanderweele@klgates.com
　　　　Elizabeth.White@klgates.com
　　　　Attorneys for Defendants

Jamison R. McCune, OSB #135547
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, OR 97204
Tel: 503-243-1022
Email: mccune@bodyfeltmount.com
　　　　*Local Attorney for Plaintiff*


By: /s/ Janel Rubert