# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PACIFIC OFFICE AUTOMATION INC.**, an Oregon corporation, <br><br> Plaintiff, <br><br> v. <br><br> **PITNEY BOWES INC.**, a Delaware corporation; **PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC**, a Delaware limited liability company; **THE PITNEY BOWES BANK INC**, a federal banking institution; and **WHEELER FINANCIAL FROM PITNEY BOWES INC.**, a Delaware corporation, <br><br> Defendants. | Case No. 3:20-cv-00651-AC <br><br> **ORDER** |

**IMMERGUT, District Judge.**

On June 8, 2021, Magistrate Judge John V. Acosta issued his Findings and Recommendation (F&R), ECF 54. The F&R recommends that this Court grant the motion for leave to file an amended pleading, ECF 32, filed by Defendants Pitney Bowes Inc.; Pitney Bowes Global Financial Services LLC; The Pitney Bowes Bank, Inc.; and Wheeler Financial From Pitney Bowes Inc. (collectively "Pitney"). No party has filed objections.

PAGE 1 – ORDER

## DISCUSSION

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge Acosta's conclusions. The F&R, ECF 54, is adopted in full. Defendants' Motion for Leave to File Amended Pleading, ECF 32, is GRANTED.

**IT IS SO ORDERED**.

DATED this 2nd day of July, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge