# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**PACIFIC OFFICE AUTOMATION INC.**
    Plaintiff,

v.

**PITNEY BOWES INC., et al.**
    Defendant.

Case No.: 3:20-cv-00651-AC

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** May 8, 2020

**Signature:** _/s/ Veronica Manolio_

**Name and OSB ID:** Veronica L. Manolio, Pro Hac Vice

**E-mail Address:** vmanolio@mf-firm.com

**Firm Name:** Manolio & Firestone, PLC

**Mailing Address:** 8686 East San Alberto Drive, Suite 200

**City, State, Zip:** Scottsdale, AZ 85258

**Parties Represented:** Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., <br><br> Plaintiff, <br><br> v. <br><br> PITNEY BOWES INC. et al., <br><br> Defendants. | Case No. 3:20-cv-00651-AC |

**Consent to Jurisdiction by Magistrate Judge John V. Acosta**
**and Designation of the Normal Appeal Route**

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have United States Magistrate Judge John V. Acosta conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at Magistrate Judge Acosta's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED this 21st day of July, 2021.

    Signature: s/Philip Van Der Weele

    Name and OSB ID: Philip Van Der Weele, OSB #863650

    Email: phil.vanderweele@klgates.com

    Firm Name: K&L Gates LLP

    Mailing Address: One SW Columbia St., Suite 1900, Portland, OR 97204

    Parties Represented: Defendants Pitney Bowes Inc.; Pitney Bowes Global Financial Services LLC; The Pitney Bowes Bank, Inc.; and Wheeler Financial From Pitney Bowes Inc.