Philip S. Van Der Weele, OSB #863650
Email: phil.vanderweele@klgates.com
Elizabeth H. White, OSB # 204729
Email: elizabeth.white@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, Oregon  97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

Attorneys for Defendants Pitney Bowes Inc., Pitney Bowes Global Financial Services LLC, The Pitney Bowes Bank, Inc., and Wheeler Financial from Pitney Bowes Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>PITNEY BOWES INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; and WHEELER FINANCIAL FROM PITNEY BOWES INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:20-cv-00651-AC<br><br>**DECLARATION OF PHILIP S. VAN DER WEELE IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS** |

DECLARATION OF P. VAN DER WEELE
ISO RENEWED MOTION TO
COMPEL FURTHER RESPONSES

K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon  97204
Telephone: +1 503 228 3200

I, Philip S. Van Der Weele, hereby declare under penalty of perjury:

1. I am a Partner at law firm K&L Gates LLP, located at One SW Columbia Street, Suite 1900, Portland, Oregon 97204.

2. I make this Declaration in support of Defendants' Renewed Motion to Compel Further Responses to First Set of Interrogatories and First Requests for Production of Documents from Plaintiff Pacific Office Automation Inc. ("POA").

3. I make the statements in this Declaration based on my personal knowledge and could and would testify competently thereto if called to do so.

4. Attached hereto as Exhibit A is a true and correct copy of a spreadsheet produced by POA on December 4, 2020, that identifies examples of documents responsive to certain interrogatories.

5. Attached hereto as Exhibit B is a true and correct copy of excerpts of Plaintiff's Response to Defendants' First Requests for Production, dated December 4, 2020. Pursuant to L.R. 37-1, only the relevant requests and responses are attached.

6. Attached hereto as Exhibit C is a true and correct copy of excerpts of Plaintiff's Supplemental Response to Defendants' First Requests for Production, dated April 20, 2021. Pursuant to L.R. 37-1, only the relevant requests and responses are attached.

7. Attached hereto as Exhibit D is a true and correct copy of excerpts of Plaintiff's Second Supplemental Response to Defendants' First Set of Interrogatories, dated July 23, 2021. Pursuant to L.R. 37-1, only the relevant requests and responses are attached.

8. Attached hereto as Exhibit E is a true and correct copy of an email that K&L Gates Partner Julie Anne Halter sent to POA's counsel (and to me) on September 24, 2020, and the PDF that was attached to that email, which contains K&L Gates' Production Format Requirements for electronically stored information. As the email notes, it was sent the same day that counsel held their FRCP 26(f) conference.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 2nd day of August, 2021.

By: ___s/Philip S. Van Der Weele___
Philip S. Van Der Weele

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2021, I caused to be served a copy of the foregoing DECLARATION OF PHILIP VAN DER WEELE IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS upon all counsel of record via the Court's CM/ECF electronic service system.

>Jamison R. McCune, OSB #135547
>Email: mccune@bodyfeltmount.com
>BODYFELT MOUNT LLP
>319 SW Washington St., Suite 1200
>Portland, OR 97204
>Tel: 503-243-1022
>          Attorney for Plaintiff
>
>Veronica L. Manolio, *admitted pro hac vice*
>Email: vmanolio@mf-firm.com
>MANOLIO & FIRESTONE, PLC
>8686 E. San Alberto Dr., Suite 200
>Scottsdale, AZ  85258
>Tel: 480-222-9100
>          Attorneys for Plaintiff

DATED this 2nd day of August, 2021.

>s/Philip S. Van Der Weele
>Philip S. Van Der Weele, OSB #863650