| Date* | From | To | Interrogatory No. |
|---|---|---|---|
| June 1, 2017 | Dave White (POA) | Nicole O'Connell (PB) | NO. 1 |
| June 5, 2017 | Partner Support | Dave White, Nicole O'Connell (PB) | NO. 1 |
| June 2, 2017 | Nicole O'Connell (PB) | Rob Murray (POA) and Greg Pattison (PB) | NO. 1 |
| October 20, 2017 | Nicole O'Connell (PB) | Sonny O Grady (POA) | NO. 1 |
| June 5, 2017 | Gregg Pattison (PB) | Rob Murray (POA), Doug Pitassi (POA), Nicole O'Connell (PB) | NO. 2 |
| January 17, 2018 | Trey Sawyer (PB) | Rob Murray (POA) | NO. 2 |
| January 22, 2018 | Trey Sawyer (PB) | Rob Murray (POA) | NO. 2 |
| January 2, 2018 | Karl Fink (Pitney) | Scott Brenton (POA) and Nicole O'Connell (PB) | NO. 2 |
| April 20, 2018 | Trey Sawyer (PB) | Sonny O'Grady (POA) | NO. 2 |
| July 25, 2018 | Bernard Cory (PB) | Scott Brenton (POA) | NO. 2 |
| June 12, 2017 | Greg Pattison (PB) | Rob Murray (POA) and Nicole O'Connell (PB) | NO. 2 |
| April 19, 2017 | Nicole O'Connell (PB) | Mitch Steitx (POA), Rob Murray (POA) and Karl Fink (PB) | NO. 4 |
| July 26, 2017 | Nicole O'Connell (PB) | Rob Murray (POA) | NO. 4 |
| July 20, 2017 | Nicole O'Connell (PB) | Doug Pitassi (POA), Rob Murray (POA), and Greg Pattison (PB) | NO. 4 |
| September 26, 2017 | Spencer Hilsinger (POA) | Melissa Berger (POA) | NO. 4 |
| October 15, 2017 | Nicole O'Connell (PB) | Trevor Burchard (POA) and Patti Felton (POA) | NO. 4 |
| October 16, 2017 | Nicole O'Connell (PB) | Brett Trammell (POA) | NO. 4 |
| October 25, 2017 | Patti Felton (POA) | POA Branch Sales Reps | NO. 4 |
| January 2, 2018 | Nicole O'Connell (PB) | Scott Brenton (POA) and Karl Fink (PB) | NO. 4 |
| May 18, 2018 | Trey Sawyer (PB) | Robert Vanlaarhoven and Scott Brenton (POA) | NO. 4 |
| June 6, 2018 | Raphael A. Dallas Jr. (PB) | Autumn O'Grady (POA) | NO. 4 |
| June 6, 2018 | Michael (Customer) | Autumn O'Grady (POA) | NO. 4 |
| July 25, 2018 | Bernard Cory (PB) | Scott Brenton (POA) | NO. 4 |
| August 3, 2018 | Nicole O'Connell (PB) | Kayla Seibel (POA) | NO. 4 |
| September 21, 2018 | Tatyana Collier (POA) | POA Internal E-mail | NO. 4 |
| February 22, 2019 | Sasha Vukicevic (PB) | Scott Brenton (POA) | NO. 4 |
| May 30, 2019 | Sasha Vukicevic (PB) | Scott Brenton (POA) | NO. 4 |
| May 22, 2019 | Anthony Kollman (Pitney inside sales) | Emmy Keever (Customer), Devin Halden (POA) | NO. 4 |
| July 29, 2019 | Renita Drake (Client) | Scott Brenton (POA) | NO. 4 |
| August 27, 2019 | Sasha Vukicevic (PB) | Scott Brenton (POA) | NO. 4 |
| January 14, 2020 | Bernard Cory (PB) | Scott Brenton (POA) | NO. 4 |

| Date | From | To | No. |
|---|---|---|---|
| April 25 2017 | Nicole O'Connell (PB) | Codey Heidebrecht (POA) | NO. 5 |
| April 25, 2017 | PartnerSalesSupport (PB) | Sue Wilkinson (POA) | NO. 5 |
| May 16, 2017 | Rob Murray (POA) | Sales POA | NO. 5 |
| June 1, 2017 | PartnerSalesSupport (Bobbie) | Mark Kanakis (POA), Nicole O'Connell (PB) | NO. 5 |
| June 2, 2017 | Nicole O'Connell (PB) | Rob Murray (POA) and Greg Pattison (Pitney) | NO. 5 |
| June 5, 2017 | PartnerSalesSupport (Bobbie) | Alex Short (POA), Nicole O'Connell (PB) | NO. 5 |
| June 12, 2017 | Rob Murray (POA) | Greg Pattison (PB) | NO. 5 |
| June 12, 2017 | Greg Pattison (PB) | Rob Murray (POA) | NO. 5 |
| June 16, 2017 | Tyrone Lacsina (PB) | George Zeuss, Nicole O'Connell (PB) | NO. 5 |
| June 22, 2017 | Nicole O'Connell (PB) | Chad Boudon (POA), Ryon Addison (POA) | NO. 5 |
| June 23, 2017 | PartnerSalesSupport (Bobbie) | Kingsley (POA), Nicole O'Connell (PB) | NO. 5 |
| July 27, 2017 | Tracey Morgan (POA) | Nicole O'Connell (PB) | NO. 5 |
| July 27, 2017 | Michael Whitesell (POA) | PartnerSalesSupport (PB) | NO. 5 |
| July 28, 2017 | Rob Murray (POA) | Nicole O'Connell (PB) | NO. 5 |
| August 4, 2017 | Calvin White (POA) | Nicole O'Connell (PB) | NO. 5 |
| 8/11/2017 | Nicole O'Connell (PB) | Kevin Clark (POA) | NO. 5 |
| 8/29/2017 | Tanner Bengen (POA) | Nicole O'Connell (PB) | NO. 5 |
| September 8, 2017 | John Shedd (POA) | Chris Janssen (Client) | NO. 5 |
| October 17, 2017 | Connie Bostad (Customer Email) | Tyler Berger (POA) | NO. 5 |
| October 19, 2017 | Partner Sales Support (Angie) | Tiffany Claeys (POA) and Nicole O'Connell (PB) | NO. 5 |
| October 23, 2017 | Tiffany Claeys (POA) | Partner Sales Support (Angie) and Nicole O'Connell (PB) | NO. 5 |
| December 19, 2017 | Derek Albert (POA) | Nicole O'Connell (PB) | NO. 5 |
| January 30, 2018 | PartnerSalesSupport (Bobbie) | Tiffany Claeys (POA), Active Lease (PB) | NO. 5 |
| April 5, 2018 | Rob Murray (POA) | Trey Sawyer (PB) | NO. 5 |
| May 10, 2018 | PartnerSalesSupport (Bobbie) | Scott Brenton, Matt Thompson (POA) | NO. 5 |
| May 31, 2018 | Taylor Hemzacek (POA) | Ryan (Customer) | NO. 5 |
| June 25, 2018 | Bernard Cory (PB) | Scott Brenton (POA) | NO. 5 |
| February 19, 2019 | PartnerSalesSupport (PB) | Joe Bakfour (POA) | NO. 5 |
| March 5, 2019 | Mark Kanakis (POA) | Scott Brenton (POA) | NO. 5 |
| March 8, 2019 | Scott Brenton (POA) | Sasa Vukivevic (PB) | NO. 5 |
| July 11, 2019 | Scott Brenton (POA) | PartnerSalesSupport (PB) | NO. 5 |
| June 30, 2016 | Kevin Thompson (PB) | Rob Murray (POA) | NO. 6 |
| January 19, 2018 | Trey Sawyer (PB) | Spencer Hilisigner (POA) | NO. 6 |
| January 1, 2018 | Karl Fink (PB) | Scott Brenton (POA) and Nicole O'Connell (PB) | NO. 6 |
| January 2, 2018 | Nicole O'Connell (PB) | Karl Fink (POA), Scott Brenton (POA | NO. 6 |

| Date | From | To | No. |
|---|---|---|---|
| June 27 to 30, 2016 | Kevin Thompson (PB) | Rob Murray (POA) | NO. 7 |
| July 27, 2016 | Gregory Pattison (PB) | Doug Pitassi (POA) | |
| January 31, 2017 | Gregory Pattison (PB) | Rob Murray (POA) and Nicole O'Connell (PB) | NO. 7 |
| May 17, 2017 | Nicole O'Connell (PB) | Nate Eddy (POA) | NO. 7 |
| August 15, 2017 | Nicole O'Connell (PB) | PartnerSalesSupport and Madeline Becker (POA) | NO. 7 |
| October 13, 2017 | Karl Fink (PB) | James Freeman (POA); Nicole O'Connell (PB) | NO. 7 |
| November 28, 2017 | Rob Murray (POA) | Nicole O'Connell (PB) | NO. 7 |
| November 29, 2017 | Nicole O'Connell (PB) | Rob Murray (POA) | NO. 7 |
| November 29, 2017 | Nicole O'Connell (PB) | Scott Brenton (POA), Tyrone Lacsina (PB) | NO. 7 |
| December 12, 2017 | Nicole O'Connell (PB) | Rob Murray (POA), Scott Brenton (POA) | NO. 7 |
| December 29, 2017 | Nicole O'Connell (PB) | Rob Murray (POA), Scott Brenton (POA) | NO. 7 |
| January 1, 2018 | Robert Lamke (PB) | Nicole O'Connell (PB), Scott Brenton (POA) | NO. 7 |
| January 2, 2018 | Rob Murray (POA) | Scott Brenton (POA) | NO. 7 |
| March 30, 2018 | Trey Sawyer (PB) | Scott Brenton (POA) | NO. 7 |
| April 5, 2018 | Rob Murray (POA) | Doug Pitassi (POA) Scott Brenton (POA) | NO. 7 |
| April 5, 2018 | Rob Murray (POA) | Trey Sawyer (PB) | NO. 7 |
| April 5, 2018 | PBDealers@pb.com | Jennifer Larson (POA) | NO. 7 |
| April 6, 2018 | Scott Brenton (POA) | Rob Murray (POA) and Bernard Cory (PB) | NO. 7 |
| June 20, 2016 | Scott Brenton (POA) | Robert Lamke (PB) | NO. 7 |
| June 14, 2018 | Trey Sawyer (PB) | Robert Van Laarhoven (POA) | NO. 7 |
| November 13, 2018 | Megan Tegen (Client) | Chris McReynolds (POA) | NO. 7 |
| April 11, 2019 | Ross Guilford (Client) | Scott Brenton (POA) | NO. 7 |
| June 19, 2019 | Ed Wintersteller (PB) | Scott Brenton (POA) | NO. 7 |
| July 11, 2019 | PartnerSalesSupport (PB) | Scott Brenton (POA) | NO. 7 |
| July 16, 2019 | Michael Whitesell (POA) | Laura Jacobson (Client) | NO. 7 |
| January 31, 2017 | Gregory Pattison (PB) | Rob Murray (POA) | NO. 8 |
| December 6, 2017 | Rich C Ackerman (POA) | Jeff Vogele (POA) | NO. 8 |
| October 20, 2019 | Bernard Cory (PB) | Scott Brenton (POA) | NO. 8 |
| October 30, 2019 | Bernard Cory (PB) | Scott Brenton (POA) | NO. 8 |
| October 29, 2019 | Scott Brenton (POA) | Bernard Cory (PB) | NO. 8 |

\* Several of the identified emails are part of a "chain," and this Spreadsheet should be read to include each chain in its entirety; the responses are not to be limited to the single date identified or the singular email(s) if they are part of a larger conversation.