| | |
|---|---|
| **From:** | Halter, Julie Anne |
| **To:** | Van Der Weele, Philip; Veronica L. Manolio; "mccune @bodyfeltmount.com" |
| **Cc:** | Wyant, Christopher M.; White, Elizabeth H.; Halter, Julie Anne |
| **Subject:** | RE: POA PBI/26f |
| **Date:** | Thursday, September 24, 2020 12:35:37 PM |
| **Attachments:** | Production_Format_Requirements_RINGTAIL.pdf |

Thanks very much for the 26(f) discussion this afternoon. As discussed, attached are our standard format of document production specifications which outline how we'd like to receive production material. We'll look forward to hearing from you regarding your preferred specifications as well.

Thanks very much,
Julie Anne



**Julie Anne Halter**
Partner
K&L Gates LLP
925 Fourth Avenue
Suite 2900
Seattle, WA  98104
Phone: 206-370-7882
Fax: 206-370-6080
julieanne.halter@klgates.com
www.klgates.com

---

**From:** Van Der Weele, Philip <phil.vanderweele@klgates.com>
**Sent:** Monday, September 21, 2020 2:43 PM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>; 'mccune @bodyfeltmount.com' <mccune@bodyfeltmount.com>
**Cc:** Wyant, Christopher M. <Christopher.Wyant@klgates.com>; White, Elizabeth H. <Elizabeth.White@klgates.com>; Halter, Julie Anne <julieanne.halter@klgates.com>
**Subject:** RE: POA PBI/26f

Hi Veronica,
Another item I wish to start discussions on in advance of our 26f is the protective order. To that end, I am attaching the District of Oregon's model 2-tier protective order. I have more complicated POs in my forms file, some of which were the subject of extensive negotiations, and I'm sure that you do as well, but I think that this model order gets the job done, and it is what a judge is going to turn to anyway in this district if the parties can't agree.
I therefore propose that we just stipulate to this model order.

Regards,
Phil

---

**From:** Van Der Weele, Philip
**Sent:** Monday, September 21, 2020 2:12 PM
**To:** 'Veronica L. Manolio' <vmanolio@mf-firm.com>; 'mccune @bodyfeltmount.com' <mccune@bodyfeltmount.com>
**Cc:** Wyant, Christopher M. <Christopher.Wyant@klgates.com>; White, Elizabeth H. <Elizabeth.White@klgates.com>; Halter, Julie Anne <julieanne.halter@klgates.com>
**Subject:** RE: POA PBI/26f

Hi Veronica,
I think it's helpful for the parties to exchange their views on the case schedule in advance of the 26f in order to maximize the chances of reaching agreement. That is especially true here, where we have a relatively short period of time between the 26f and the deadline for filing our report. To that end, I am attaching PBI's proposal. It is designed to move the case forward rapidly, while allowing both parties to defer what would undoubtedly be the substantial expense of expert reports and expert depositions - expenses that may otherwise be avoidable.

I look forward to your thoughts on the schedule (or any other topics) in advance of the 26f as well.

Regards,
Phil

---

**From:** Van Der Weele, Philip
**Sent:** Monday, September 14, 2020 11:02 AM
**To:** 'Veronica L. Manolio' <vmanolio@mf-firm.com>; 'mccune @bodyfeltmount.com' <mccune@bodyfeltmount.com>
**Cc:** Wyant, Christopher M. <Christopher.Wyant@klgates.com>; White, Elizabeth H. <Elizabeth.White@klgates.com>; Halter, Julie Anne <julieanne.halter@klgates.com>
**Subject:** RE: POA PBI/26f

Hi Veronica,
Please let me know times you are available for the 26f next week Sept 23-25. I

think you are an hour ahead of us.  Good starting times for me are 11:30 or later your time.

Thx,
Phil

**From:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Sent:** Thursday, August 27, 2020 2:38 PM
**To:** 'mccune @bodyfeltmount.com' <mccune@bodyfeltmount.com>; Van Der Weele, Philip <phil.vanderweele@klgates.com>
**Cc:** Wyant, Christopher M. <Christopher.Wyant@klgates.com>; White, Elizabeth H. <Elizabeth.White@klgates.com>
**Subject:** Re: redline of DRAFT Status Report 8-27-20_.doc

**External Sender:**

I am totally fine with your changes and will accept them and get this on file shortly. Just let me know when your schedule will allow so we can do our Rule 26(f) meeting.
Thanks so much.

Veronica

p.s. Please forgive typos and grammar mistakes. I blame voice recognition.

**From:** Van Der Weele, Philip <phil.vanderweele@klgates.com>
**Sent:** Thursday, August 27, 2020 2:24:55 PM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>; 'mccune @bodyfeltmount.com' <mccune@bodyfeltmount.com>
**Cc:** Wyant, Christopher M. <Christopher.Wyant@klgates.com>; White, Elizabeth H. <Elizabeth.White@klgates.com>
**Subject:** redline of DRAFT Status Report 8-27-20_.doc

Hi Veronica,
Thx for sending.  Redline attached - I deleted the reference to the early settlement conference, b/c we didn't raise that possibility in the initial motion, so it wasn't part of the basis for the extension.
Regards,
Phil

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at phil.vanderweele@klgates.com.

# K&L GATES FORMAT OF PRODUCTION SPECIFICATIONS

## DATA FORMAT

ALL data received for loading into K&L Gates Litigation Support Tools must adhere to the following specifications:

- Provide .DAT and .OPT files that adhere to the specifications described below.
- Group 4 single page TIFs w/ .OPT file supplied for loading images into image viewer. Keep document composition within output folders. (Do not split documents across folders.)
- Extracted Text (or OCR if extracted text is not available or a document is redacted) must be supplied as multi-page text files. The text files should reside in the same directory as the images and be named with the corresponding beginning Bates number of the document.
- Native files: If non-redacted Excel files exist in your production, produce a single-page slip sheet (place holder image) along with a copy of the native file. The native file should reside in the same directory as the Images and Extracted Text files and be named with the corresponding beginning Bates number of the document.
- The DAT file delimiters will be:



*Multi-value fields: multiple values in a single field should be separated by semi-colons (;)

## STANDARD FIELDS

Following is the list of standard fields to be provided in the DAT file, if the source of the TIF images is Electronically Stored Information ("ESI"):

| BEGDOC# | BEGINNING production bates number of document |
| --- | --- |
| ENDDOC# | ENDING production bates number of document |
| BEGATT | BEGINNING attachment range |
| ENDATT | ENDING attachment range |
| POD | Protective Order Designation |
| PAGECOUNT | Number of pages per file |
| FILENAME | Filename of document |
| FILEPATH | Original path to file |

V.20171031

| | |
|---|---|
| FILESIZE | Byte size of native ESI file |
| CUSTODIAN | Document custodian |
| AUTHOR | Author of document |
| *TO | Email Recipient(s) |
| FROM | Email Author |
| *CC | Email Copyee(s) |
| *BCC | Email Blind Copyee(s) |
| DATECREATED | Date document created   MM/DD/YYYY |
| TIMECREATED | Time document created  24 hour |
| DATESENT | Email sent date         MM/DD/YYYY |
| TIMESENT | Email sent time         24 hour |
| DATERCVD | Email received date   MM/DD/YYYY |
| DATELASTMOD | Date last modified         MM/DD/YYYY |
| SENTMODDATE | Sent date (email) or last modified date (non-email)….MM/DD/YYYY |
| SENTMODDATE_FAMILY | SENTMODDATE of parent populated for all records in the family….MM/DD/YYYY |
| SUBJECT | Email Re or Subject line |
| DOCTITLE | Document Title |
| TITLE | Subject (email) or filename (non-email) |
| *ATTACHMENT TITLE(S) | Subject (email) or filename (non-email) of attachment(s) - populated for parent records only |
| DOCTYPE | File type extension |
| MD5 HASH | MD5 Hash Value |
| CONVERSATIONINDEX | Email thread identification |
| REDACTION APPLIED | Code as YES if a redaction is present |
| OCR_LINK | Link to Multi-page text file containing EXTRACTED TEXT (e.g. \IMAGES\TEST-T00000001.txt) |
| NATIVE_LINK | Link to native files (e.g. \IMAGES\TEST-T00000001.xlsx) |

Following is the list of standard fields to be provided in the DAT file, if the source of the TIF images is scanned hard copy documents:

| | |
|---|---|
| BEGDOC# | BEGINNING  production bates number of document |
| ENDDOC# | ENDING  production bates number of document |
| BEGATT | BEGINNING  attachment range |
| ENDATT | ENDING  attachment range |
| PAGECOUNT | Number of pages per file |
| CUSTODIAN | Document custodian |
| POD | Protective Order Designation |

## LOAD FILES

Provide an Opticon (.OPT) file for loading that contains the full path and related bates number for each image as follows.  The OPT should also include the standard OPT format document composition notation.

For example:
    TEST-T00000001,TEST_001,\\IMAGES\TEST_001\IMAGES\001\TEST-T00000001.tif,Y,,,2
    TEST-T00000002,TEST_001,\\IMAGES\TEST_001\IMAGES\001\TEST-T00000002.tif,,,,

V.20171031