Jamison R. McCune, OR Bar No. 135547
mccune@bodyfeltmount.com
**BODYFELT MOUNT, LLP**
319 SW Washington Street, Suite 1200
Portland, Oregon 97204
(503) 243-1022
*Attorneys for Plaintiff*

Veronica L. Manolio, AZ Bar No. 020230
vmanolio@mf-firm.com
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
*Pro Hac Vice Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION, INC., an Oregon corporation,<br><br>       Plaintiff,<br>v.<br><br>PITNEY BOWES, INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; WHEELER FINANCIAL FROM PITNEY BOWES, INC., a Delaware corp.;<br><br>       Defendants. | Case No. 3:20-cv-00651-AC<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO COMPEL AND DEFENDANTS' MOTION TO MODIFY STIPULATED PROTECTIVE ORDER** |

## LOCAL RULE 7-1 CERTIFICATION

Undersigned counsel certifies that counsel conferred prior to this motion, and counsel for Defendants has indicated no opposition to Plaintiff's request for additional time to respond to the Defendants' Motions to Compel (Docs. 67 and 71) and Defendants' Motion to Modify Stipulated Protective Order (Doc. 69).

## MOTION

Pursuant to L.R. 16-3 and Fed. R. Civ. P. 6(b)(1)(A), Plaintiff moves this Court for an order briefly extending the time to respond to Defendants' Motions to Compel (Docs. 67 and 71) and their Motion to Modify Stipulated Protective Order (Doc. 69). Plaintiff seeks to file its Responses no later than **Wednesday, August 18, 2021.** The Responses are currently due August 16, 2021.

This motion is made in good faith and not for purposes of delay. Plaintiff seeks a few additional days because the deadlines in this matter have overlapped with ongoing preparation for and conducting of depositions in this same case. This is Plaintiff's first request for an extension, and Defendants' counsel has stated a "no opposition" position.

For the foregoing reasons, Plaintiff requests that the Court allow it to file its Responses to Docs. 67, 69 and 71 by (and including) August 18, 2021.

DATED this 16th day of August, 2021.

BODYFELT MOUNT LLP				MANOLIO & FIRESTONE, PLC

By: /s/ Jamison R. McCune			By: /s/ Veronica L. Manolio
   Jamison R. McCune, OSB #135547		   Veronica L. Manolio, AZ Bar No. 020230
   Email: mccune@bodyfeltmount.com		   Email: vmanolio@mf-firm.com
   Phone: (503) 243-1022			   Phone: (480) 222-9100
   *Local Attorneys for Plaintiff*		   *Pro Hac Vice Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served upon all counsel of record to this matter on this 16th day of August, 2021, via the Court's CM/ECF System.

Philip Van Der Weele, OSB #863650
Elizabeth White, OSB #204729
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 226-5727\Fax: (503) 248-9085
Email: phil.vanderweele@klgates.com
　　　　Elizabeth.White@klgates.com
　　　　*Attorneys for Defendants*

Jamison R. McCune, OSB #135547
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, OR 97204
Tel: 503-243-1022
Email: mccune@bodyfeltmount.com
　　　　*Local Attorney for Plaintiff*

By: /s/ Janel Rubert