Jamison R. McCune, OSB No. 135547
Email: mccune@bodyfeltmount.com
Skip Winters, OSB No. 944669
Email: winters@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Veronica L. Manolio
Email: vmanolio@mf-firm.com
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 222-9100
Facsimile: (480) 222-9106
*Admitted Pro Hac Vice*

  Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., an Oregon corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>PITNEY BOWES, INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; and WHEELER FINANCIAL FROM PITNEY BOWES, INC., a Delaware corporation,<br><br>      Defendants. | Case No. 3:20-cv-00651-AC<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

Page 1 – NOTICE OF ASSOCIATION OF COUNSEL

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

TO: Clerk of the above-entitled Court

AND TO: Counsel of record

PLEASE TAKE NOTICE that Skip Winters of Bodyfelt Mount LLP is hereby associated with Jamison R. McCune of Bodyfelt Mount LLP as attorneys of record for Plaintiff Pacific Office Automation Inc. Service of all further papers and proceedings herein, except original process, should be served upon the undersigned.

Dated this 23rd day of August, 2021.

**BODYFELT MOUNT LLP**

BY: s/ Jamison R. McCune
Jamison R. McCune, OSB No. 135547
Email: mccune@bodyfeltmount.com
Skip Winters, OSB No. 944669
Email: winters@bodyfeltmount.com
Phone: (503) 243-1022
Fax: (503) 243-2019

Veronica L. Manolio, *Admitted Pro Hac Vice*
Email: vmanolio@mf-firm.com
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 222-9100
Facsimile: (480) 222-9106

Of Attorneys for Plaintiff

Page 2 –NOTICE OF ASSOCIATION OF COUNSEL

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** on the following attorneys on the date noted below via the following method:

Philip S. Van Der Weele
Elizabeth H. White
K&L Gates LLP
One SW Columbia St., Suite 1900
Portland, OR 97204
Fax: (503) 248-9085
Email: phil.vanderweele@klgates.com
      elizabeth.white@klgates.com

*Of Attorneys for Defendants*

Method: ☐ US Mail, postage prepaid
           ☐ Email – Courtesy Copy
           ☐ Facsimile
           ☐ Hand Delivery
           ☒ CM/ECF Electronic Service

Dated this 23rd day of August, 2021.

BY:   s/ Jamison R. McCune
      Jamison R. McCune, OSB No. 135547
      Email: mccune@bodyfeltmount.com
      Skip Winters, OSB No. 944669
      Email: winters@bodyfeltmount.com
      Phone: (503) 243-1022
      Fax: (503) 243-2019

      Of Attorneys for Plaintiff

Page 1 - CERTIFICATE OF SERVICE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019