Philip S. Van Der Weele, OSB #863650
Email: phil.vanderweele@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PACIFIC OFFICE AUTOMATION,

          Plaintiff(s),

v.

PITNEY BOWES INC., et al.,

          Defendant(s).

Case No.: Case No. 3:20-cv-00651-AC

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☑ Yes    ☐ No

    If not, provide an explanation:

    _____

    _____

2. The parties propose: (*check one of the following*)

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☑ (c) ADR may be helpful at a later date following completion of:

Decisions on the parties' Motion(s) for Summary Judgment.
_____

_____

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other:

_____

_____

_____

Dated: September 2, 2021  By: /s/Philip S. Van Der Weele

Attorneys for Defendants

By: /s/ Veronica L. Manolio

Attorney for Plaintiff, Pro Hac Vice