

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | March 23, 2022 |
| Case Number: | 3:20−cv−00651−AR |
| Case Title: | Pacific Office Automation Inc. v. Pitney Bowes Inc. et al |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable John V. Acosta to the Honorable Jeffrey J. Armistead, United States Magistrate Judge.[1] Information on this case may be obtained from the following:

    Courtroom Deputy:    Pam Geringer
                                 Telephone: 503−326−8059
                                 Email: pam_geringer@ord.uscourts.gov

    Docket Information:    Telephone: 503−326−8050

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:** Effective immediately, Judge Armistead's initials (AR) will replace the previous judge's initials in this case.

                                                        **MELISSA AUBIN**
                                                        **Clerk of Court**

cc:    Judge Armistead
        Counsel of Record

---

[1] All United States Magistrate Judges in this District are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, may also enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of to a District Judge). We strongly encourage the parties to consent to the jurisdiction of a U.S. Magistrate Judge over dispositive motions, trial, and entry of final judgment in this case by signing and filing a Consent to Jurisdiction by a United States Magistrate Judge. There are no adverse consequences for failure to file a Consent.