Jamison R. McCune, OSB No. 135547
Email: jmccune@advocates.com
Driggs Bills & Day
2125 Western Avenue, Suite 500
Seattle, WA 98121
Telephone: 503-212-4475

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION INC., an Oregon corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>PITNEY BOWES INC., a Delaware corporation; PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC, a Delaware limited liability company; THE PITNEY BOWES BANK, INC., a federal banking institution; and WHEELER FINANCIAL FROM PITNEY BOWES INC., a Delaware corporation,<br><br>      Defendants. | Case No. 3:20-cv-00651-AC<br><br>**NOTICE OF CHANGE OF ADDRESS AND NOTICE OF WITHDRAWAL OF COUNSEL** |

Plaintiff, Pacific Office Automation, Inc., hereby gives notice of the change of address of its counsel of record, Jamison R. McCune, effective immediately.

  Driggs Bills & Day
  2125 Western Avenue, Suite 500
  Seattle, WA 98121
  Email: jmccune@advocates.com
  Telephone: 503-212-4475

  ///

Page 1 - **NOTICE OF CHANGE OF ADDRESS AND NOTICE OF WITHDRAWAL OF COUNSEL**

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

FURTHER, PLEASE TAKE NOTICE that attorney Skip Winters of Bodyfelt Mount, LLC formally withdraws as attorney of record for Plaintiff.

DATED this 23rd day of June, 2022.

BY: _____
Jamison R. McCune, OSB No. 135547
Email: jmccune@advocates.com
Phone: 503-212-4475

*Attorneys for Plaintiffs*

Page 2 - **NOTICE OF CHANGE OF ADDRESS AND NOTICE OF WITHDRAWAL OF COUNSEL**

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **NOTICE OF CHANGE OF ADDRESS AND NOTICE OF WITHDRAWAL OF COUNSEL** on the following attorneys on the date noted below via the following method:

Philip S. Van Der Weele
K&L Gates LLP
One SW Columbia St., Suite 1900
Portland, OR 97204
Fax: (503) 248-9085
Email: phil.vanderweele@klgates.com
  *Of Attorneys for Defendants*

Method: ☐ US Mail, postage prepaid
    ☐ Email – Courtesy Copy
    ☐ Facsimile
    ☐ Hand Delivery
    ☒ CM/ECF Electronic Service

DATED this 23rd day of June, 2022.

BY: /s/ Jamison R. McCune
Jamison R. McCune, OSB No. 135547
Email: jmccune@advocates.com
Phone: 503-212-4475
 *Attorneys for Plaintiffs*